Bob DILLARD, Appellant, v. STATE.
No. 13707.

Court of Criminal Appeals of Texas.
Oct. 15, 1930.

W. E. Martin, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for possessing intoxicating liquor; punishment, two years in the penitentiary.

Neither statement of facts nor bills of exception appear in this record. The indictment, the charge of the court, the judgment, and sentence appear regular.

No error appearing, the judgment will be affirmed.

Truman DOLLBERRY, Appellant, v. STATE.
No. 13914.

Court of Criminal Appeals of Texas.
Oct. 22, 1930.

Davenport & Crain, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The unlawful possession of intoxicating liquor for the purpose of sale is the offense; penalty assessed at confinement in the penitentiary for one year.

There are no facts or bills of exceptions before this court. No faults in the trial have been perceived.

The judgment is affirmed.

HAWKINS, J., absent.

Allen FIFER, Appellant, v. STATE.
No. 13731.

Court of Criminal Appeals of Texas.
Oct. 15, 1930.

Petsch & Petsch, of Kerrville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

At the March term, 1930, of the district court of Kerr county, appellant was convicted of murder, and his punishment assessed at 25 years in the penitentiary. From this judgment appellant gave notice of appeal. It is now made known to us by proper affidavit of the sheriff that pending the appeal appellant escaped from the jail of said county and is still at large. Under the provisions of article 824, C. C. P., the escape removes jurisdiction from this court.

The appeal is dismissed.

Bailey FOWLER, Appellant, v. STATE.
No. 13996.

Court of Criminal Appeals of Texas.
Oct. 22, 1930.

McGaugh & Darroch, of Brownwood, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is murder; penalty, confinement in the penitentiary for a period of two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

HAWKINS, J., absent.